**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SAWDEY,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; CAPITAL ONE, N.A.; DISCOVER BANK<br><br>    Defendants. | Case No. 8:23-cv-02384-FWS-DFM<br><br>ORDER RE DISMISSAL |

**ORDER**

    Pursuant to the stipulation between Plaintiff Michael Sawdey and Defendant Experian Information Solutions, Inc. ("Experian"), Defendant Experian is dismissed without prejudice and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 21, 2024

                                                  Hon. Fred W. Slaughter
                                                UNITED STATES DISTRICT JUDGE